UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
------------------------------------------------------------------------X
SHORELINE POOLS, INC.,

                                             Case No.: 3:24-cv-01762 (OAW)

              Plaintiff,

       v.

LEGACY RENOVATIONS & POOL SERVICE, INC.,

             Defendant.
------------------------------------------------------------------------X    NOVEMBER 15, 2024

## **<u>PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION</u>**

      Pursuant to Fed. R. Civ. P. 65(a), the Plaintiff in the above-entitled action hereby seeks the issuance of a preliminary injunction against the Defendant Legacy Renovations & Pool Service, Inc. ("Legacy") to enjoin its active and on-going illegal and violative conduct. As more fully set forth in the Plaintiffs' accompanying Memorandum of Law in support of this Motion and upon the Declaration of David Lionetti dated November 12, 2024 and the exhibits attached thereto, the Plaintiff seeks a Preliminary Injunction enjoining Legacy: (1) from continuing to misrepresent itself as Shoreline and/or as being affiliated with Shoreline; (2) compelling Legacy to remove all of the false and misleading content from its website and social media; (3) prohibiting Legacy from engaging in deceptive communications with Shoreline's clients and/or suppliers; and (4) preventing Legacy from using and/or misappropriating Shoreline's trade secrets, confidential business information, or proprietary data for the purpose of soliciting Shoreline's clients and/or leveraging Shoreline's supplier relationships. Expedited consideration is necessary because the harm to Plaintiff is occurring now, and it is irreparable.

      In support of this Motion, Defendant submits the Declaration of David Lionetti dated November 12, 2024 with Exhibits, and a Memorandum of Law.

ORAL ARGUMENT REQUESTED

Respectfully submitted,

**THE LAW OFFICES OF NEAL BRICKMAN, P.C.**,

*/s/ Neal Brickman*
Neal Brickman, Esq. (*pro hac vice*)
420 Lexington Avenue, Suite 2811
New York, NY 10107
Telephone: (212) 986-6840
Facsimile: (212) 986-7691
neal@brickmanlaw.com

*/s/ Ethan Y. Leonard*
Ethan Y. Leonard, Esq. (*pro hac vice*)
420 Lexington Avenue, Suite 2811
New York, NY 10107
Telephone: (212) 986-6840
Facsimile: (212) 986-7691
ethan@brickmanlaw.com

**PHILIP RUSSELL, LLC**

*/s/ Philip Russell*
Philip Russell, Esq.
Federal Bar No. ct03127
1 River Road
Cos Cob, CT 06807
Tel: (203) 661-4200
E-mail: efile@greenwichlegal.com

*Attorneys for Plaintiff Shoreline Pools, Inc.*

**CERTIFICATION**

      I hereby certify that on November 15, 2024, a copy of the foregoing Motion for Preliminary Injunction and all accompanying papers was filed electronically; a copy was sent today via overnight carrier for delivery on Monday, November 18, 2024 to a Connecticut State Marshal in Hartford County Connecticut for personal service via the Connecticut Secretary of State as Registered Agent of Legacy Renovations & Pool Service, Inc.; and a further copy was sent via Certified Mail Return Receipt Requested to the Defendant Legacy Renovations & Pool Service, Inc., to its corporate address set forth below by placing a true copy of the same in a United States Post Office Box with proper postage and duly addressed as follows:

Legacy Renovations & Pool Service, Inc.<br>
21 Diamond Avenue<br>
Bethel, Connecticut 06801-8009

In addition, Parties may access this filing through the court's CM/ECF System.

/s/ Neal Brickman

Neal Brickman (Admitted *Pro hac vice*)