**From:**          da@shorelinepools.com
**Sent:**          Friday, November 10, 2023 6:56 PM


At L&P Renovations, we take pride in our attention to detail and our ability to bring your vision to life. Whether you are looking to enhance the beauty of your outdoor living space or improve the functionality of your commercial space, our skilled team specializes in pressure testing evaluation, structural crack repair, and swimming pool, renovations is here to exceed your expectations. Contact us today to discuss your project and let us transform your space into something extraordinary.