Business.CT.gov - Filing Number: 0012603714 - Filing Date: 4/10/2024 10:16:47 AM

# State of Florida
## Department of State

I certify from the records of this office that LEGACY RENOVATIONS & POOL SERVICE INC is a corporation organized under the laws of the State of Florida, filed on March 22, 2024.

The document number of this corporation is P24000020533.

I further certify that said corporation has paid all fees due this office through December 31, 2024 and that its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

*Given under my hand and the*
*Great Seal of the State of Florida*
*at Tallahassee, the Capital, this*
*the Tenth day of April, 2024*



*Secretary of State*

Tracking Number: 2503815270CU

To authenticate this certificate, visit the following site, enter this number, and then follow the instructions displayed.

https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Florida Profit Corporation
LEGACY RENOVATIONS & POOL SERVICE INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P24000020533 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 03/22/2024 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

11210 ORANGE HIBISCUS LN
PALM BEACH GARDENS, FL 33418

**Mailing Address**

11210 ORANGE HIBISCUS LN
PALM BEACH GARDENS, FL 33418

**Registered Agent Name & Address**

LIONETTI, MARK R
11210 ORANGE HIBISCUS LN
PALM BEACH GARDENS, FL 33418

**Officer/Director Detail**
**Name & Address**

Title PD

LIONETTI, MARK R
11210 ORANGE HIBISCUS LN
PALM BEACH GARDENS, FL 33418

Title VPD

LIONETTI, DAVID A
11210 ORANGE HIBISCUS LN
PALM BEACH GARDENS, FL 33418

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

03/22/2024 -- Domestic Profit      View image in PDF format

Florida Department of State, Division of Corporations