Business.CT.gov - Filing Number: 0012603714 - Filing Date: 4/10/2024 10:16:47 AM



# Secretary of the State of Connecticut
# Certificate of Authority
Foreign Stock Corporation

## Filing Details

Filing Number:  0012603714              Filed On:   4/10/2024 10:16:47 AM

## Primary Details

**Name of Corporation in its State or Country of Formation:**
LEGACY RENOVATIONS & POOL SERVICE INC

| | |
|---|---|
| Business ALEI: | US-CT.BER:2986720 |
| Business Email Address: | carmine@hfcpas.com |
| NAICS Information: | All Other Specialty Trade Contractors (238990) |
| State/Country of Incorporation: | FLORIDA |
| Date of Incorporation: | 03/22/2024 |
| Duration: | Perpetual |
| Date Corporation Began Transacting Business/Conducting Affairs in Connecticut: | 04/10/2024 |

Required For-Profit Statement: The Corporation is for profit.

## Business Location

| | |
|---|---|
| Principal Office Address: | 21 Diamond Ave, Bethel, CT, 06801-8009, United States |
| Mailing Address: | 21 Diamond Ave, Bethel, CT, 06801-8009, United States |

## Appointment of Registered Agent

Type:               Secretary of the State

The Foreign Corporation appoints the Secretary of the State of Connecticut and the Secretary's successors in office to be its Agent, upon whom any process, notice or demand may be served.

## Officer & Director Information

Business.CT.gov - Filing Number: 0012603714 - Filing Date: 4/10/2024 10:16:47 AM



# Secretary of the State of Connecticut
# Certificate of Authority
Foreign Stock Corporation

| Name | Designation | Title | Business Address | Residence Address |
|---|---|---|---|---|
| MARK LIONETTI | Officer | PRESIDENT | None | 1210 ORANGE HIBISCUS LN, PALM BEACH, FL, 33418, United States |

## Acknowledgement

I hereby certify and state under penalties of false statement that all the information set forth on this document is true.

I hereby electronically sign this document on behalf of:
Name of Signatory:    MARK LIONETTI - PRESIDENT
Signatory Title:    N/A

Filer Name:    Tiffany Vinci
Filer Signature:    Tiffany Vinci
Execution Date:    04/10/2024
*This signature has been executed electronically*

*Filing Number: 0012603714*                                    *Filed On: 4/10/2024 10:16:47 AM*