April 15, 2024

David Lionetti
144 Nashville Road
Bethel, CT 06801

RE: Notice of Resignation from Employment at Shoreline Pools

Dear Dave Lionetti, Rich Devine & Dan Kollar,
Please accept this letter of resignation from my position as Renovation Sales & Project Manager effective immediately, April 15, 2024.

Sincerely,
David Lionetti