| Customer Name | Street Address | City | State | Zip | 2023 Revenue | 2023 Payments | 2024 Revenue | 2024 Payments |
|---|---|---|---|---|---|---|---|---|
| Mr. Jack Azagury | | Scarsdale | NY | 10583 | | | | |
| Mr. Robert Bantle | | Cos Cob | CT | 06807 | | | | |
| Mr. Emmet Dennis | | Demarest | NJ | 07627 | | | | |
| Mr. Jeff Lumby | | Bernards Township | NJ | 07920 | | | | |
| Mr. Nicholas Maounis | | Greenwich | CT | 06831 | | | | |
| Mr. Michael McKeever | | Greenwich | CT | 06830 | | | | |
| Mr. Brook Payner | | Pound Ridge | NY | 10576 | | | | |
| Mr. Gene Pepe | | Pawling | NY | 12564 | | | | |
| Mr. Salvatore Pepe | | Greenwich | CT | 06830 | | | | |
| Mr. James Petrino | | Pound Ridge | NY | 10573 | | | | |
| Mr. Neil Sandler | | Mamaroneck | NY | 10543 | | | | |
| Mr. Michael Sekelsky | | Bethel | CT | 06801 | | | | |
| Mr. & Mrs. Chris and Maureen Zaback | | Rye | NY | 10580 | | | | |
| | | | | | $138,066.76 | $114,514.25 | $18,241.79 | $45,868.53 |

