

State of Connecticut

# Lookup Detail View

**Name and Address**

| Name | Address |
|---|---|
| MARK R LIONETTI | 376 WEST AVE<br>STAMFORD, CT 06902-6329 |

**Credential Information**

| Credential | Credential Type | First Issuance Date On Record | Effective Date | Expiration Date | Status |
|---|---|---|---|---|---|
| PLM.0280113-SP1 | PLUMBING & PIPING LIMITED CONTRACTOR<br><br>The holder of this license may perform swimming pool maintenance and repair work as defined in section 20-417aa of the Connecticut General Statues. The requirements to qualify for this license exam shall be two (2) years as a properly licensed journeyman or equivalent experience and training. | 04/12/2000 | 11/01/2022 | 10/31/2023 | INACTIVE |

Generated on: 10/14/2024 4:00:05 PM



State of Connecticut

# Lookup Detail View

**Name and Address**

| Name | DBA | Address |
|---|---|---|
| LEGACY RENOVATIONS & POOL SERVICE INC | | 21 DIAMOND AVE<br>BETHEL, CT 06801-8009 |

**Complaints**

| Notes |
|---|
| No complaints on record |

**Registration Information**

| Registration | Registration Type | Issue Date | Expiration Date | Status |
|---|---|---|---|---|
| HIC.0698619 | HOME IMPROVEMENT CONTRACTOR | 05/29/2024 | 03/31/2025 | ACTIVE |

Generated on: 10/14/2024 4:01:30 PM