-----Original Message-----
From: David <legacypoolrenovations@gmail.com>
Sent: Tuesday, May 28, 2024 2:34 PM
To: CPTnS Info <info@cptns.com>
Subject: Re: Message from Legacy Renovations

Hi Alaric,

Could you send me a picture of the current lot number of the similar 6x12 tile?

I am the owner of Shoreline pools out of Stamford CT which we order many products. We have branched off to a new name called legacy.

Thanks

Dave L

> On May 28, 2024, at 2:16 PM, CPTnS Info <info@cptns.com> wrote:
>
> Dave,
>
> We no longer have lot 1039-21 in the CT VE 1261 6x12 grotto rodio.
> If you want, we can send you a sample of our current lot number.
>
> Also, how did you hear about us and that specific lot number?
> We do not see that you have purchased from us in the past.
>
> Thanks,
> Alaric
>
> -----Original Message-----
> From: David <legacypoolrenovations@gmail.com>
> Sent: Tuesday, May 28, 2024 2:12 PM
> To: info@cptns.com
> Cc: legacypoolrenovations@gmail.com
> Subject: Message from Legacy Renovations
>
> Hello,
>
> I would like to purchase 9 box's of 6" x 12" Venice grotto Rodio. Lot 1039-21
>
> Legacy Renovations & pool service Inc
> 21 Diamond Avenue, Bethel CT 06801
>
> Please provide me any forms I will need to fill out and send back to you for payments.
>
> Thank you,
> Cell-203.554.1494
> Dave L
>
>
>
>
>
>
>

2